January 3, 1974

Bick et ux. *v.* Shamey et ux., Appellants.

Argued November 14, 1973. *Christ. C. Walthour, Jr.,* with him *Kunkle, Walthour and Garland,* for appellants; *William J. Ober,* with him *George A. Conti, Jr.,* for appellees.

Judgment affirmed.

SPAULDING, J., absent.

Blymiller *v.* Baccanti et ux., Appellants.

Argued November 12, 1973. *Lee C. McCandless,* with him *McCandless, Chew & Krizner,* for appellant; *Martin J. O'Brien,* submitted a brief for appellee.

The six judges who heard this appeal being equally divided, the judgment is affirmed.

SPAULDING, J., absent.

Blymiller *v.* Puff, Appellant.

Argued November 12, 1973. *Lee C. McCandless,* with him *McCandless, Chew & Krizner,* for appellants; *Martin J. O'Brien,* submitted a brief for appellee.

The six judges who heard this appeal being equally divided, the judgment is affirmed.

SPAULDING, J., absent.